UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PHARMSCRIPT, LLC,<br><br>                    Plaintiff,<br><br>              v.<br><br>FOCUS REHABILITATION AND NURSING CENTER AT UTICA and CCRN OPERATOR LLC d/b/a FOCUS AT OTSEGO,<br><br>                    Defendants. | Civil Action No. 21-11047 (ZNQ) (LHG)<br><br>**OPINION** |

**QURAISHI, District Judge**

      **THIS MATTER** having been opened to the Court on the Motion (ECF No. 9) of Plaintiff PharmScript, LLC ("PharmScript"), by and through its counsel, Duane Morris LLP, seeking the entry of final judgment by default against Defendants Focus Rehabilitation and Nursing Center at Utica ("Focus Utica") and CCRN Operator LLC d/b/a Focus at Otsego ("Focus Otsego" and, together with Focus Utica, "Defendants") pursuant to Rule 55(b)(2); and it appearing that PharmScript properly served Defendants with a copy of the Summons and Complaint in this action, that Defendants have failed to answer or otherwise appear in this action, and that the Clerk has entered default against Defendants; for the reasons set forth in the accompanying opinion and for good cause shown;

      **IT IS**, on this **9th** day of **March 2022**,

      **ORDERED** that Plaintiff's Motion (ECF No. 9) is hereby **GRANTED in part and DENIED in part** as follows; it is

**ORDERED AND ADJUDGED** that default judgment is entered against Defendants; and it is further

**ORDERED AND ADJUDGED** that judgment be entered in favor of Pharmscript in the amount of $718,928.90, comprised of $528,395.16 due and owing from Focus Utica for unpaid pharmaceutical services, $190,533.74 due and owing from Focus Otsego for unpaid pharmaceutical services, along with pre-judgment interest from May 24, 2021 to this date at the rate(s) pursuant to N.J. Ct. R. 4:42–11(b), and post-judgment interest from this date at the rate(s) pursuant to N.J. Ct. R. 4:42–11(b); and it is further

**ORDERED** that the Motion is **DENIED** without prejudice regarding the remaining categories of damages sought; Plaintiff may request to re-open this matter and renew its application by filing a new Motion within 30 days that addresses the issues identified in the accompanying Opinion; and it is further

**ORDERED** that the Clerk's Office is hereby instructed to mark this matter **CLOSED**.

    s/ Zahid N. Quraishi  
    **ZAHID N. QURAISHI**  
    **UNITED STATES DISTRICT JUDGE**